## McLendon Brothers & Lochridge v. Meador.

Fish, C. J. The evidence introduced upon the trial demanded a verdict in favor of the defendant, and the court did not err in directing a verdict in his favor. *Judgment affirmed. All the Justices concur.*
July 19, 1913.

Complaint. Before Judge Pendleton. Fulton superior court. March 20, 1912.

*James L. Key,* for plaintiffs. *J. H. Porter,* for defendant.